**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

United States Magistrate Court
JAK-SDTX
FILED

APR 5 2023   2C

Nathan Ochsner, Clerk
Laredo Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL ACTON NO:** |
| | § | |
| DIQuis MANLy | § | L-23-CR-2 |

**CONSENT TO ADMINISTRATION OF GUILTY PLEA
AND FED. R. CRIM. PROC. 11 ALLOCUTION
BY UNITED STATES MAGISTRATE JUDGE**

I, ___DIQuis MANLey___ , the defendant in the above-numbered and styled cause, with the advice of my attorney, hereby agree and consent to be advised of my rights and to enter a voluntary plea of guilty before a United States Magistrate Judge.  I understand that the plea is subject to the approval of the United States District Court and that sentencing will be conducted by the District Court.

SIGNED this __5th__ day of __April__, __2023__.

X _____
Defendant

_____
Attorney for Defendant

_____
Assistant United States Attorney