UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

United States District Court
Southern District of Texas
**ENTERED**
April 05, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:23-CR-02-1 |
| | § | |
| DIQUIS MANLY | § | |

**<u>ORDER</u>**

On April 5, 2023, United States Magistrate Judge John A. Kazen conducted a Rule 11 colloquy and Defendant entered a plea of guilty. The parties made no objections to the Report and Recommendation of the Magistrate Judge, and the Court finds and holds that it should be **ADOPTED**.

Furthermore, the Court ORDERS that the following material witnesses held in connection with this case:

**Luis Miguel Henriquez-Velasquez,**

**Vladimir Federico Velasquez-Merino,**

be released by April 5, 2023.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a copy of this Order to the United States Marshals for the Southern District of Texas.

**IT IS SO ORDERED**.

SIGNED this April 5, 2023

Marina Garcia Marmolejo
United States District Judge