UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL ACTION NO. 5:23-CR-02-1 |
| | § |
| DIQUIS MANLY | § |

### ORDER

On April 5, 2023, United States Magistrate Judge John A. Kazen conducted a Rule 11 colloquy and Defendant entered a plea of guilty. The parties made no objections to the Report and Recommendation of the Magistrate Judge, and the Court finds and holds that it should be **ADOPTED**.

Furthermore, the Court ORDERS that the following material witnesses held in connection with this case:

**Luis Miguel Henriquez-Velasquez,**

**Vladimir Federico Velasquez-Merino,**

be released by April 5, 2023.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a copy of this Order to the United States Marshals for the Southern District of Texas.

IT IS SO ORDERED.

SIGNED this April 5, 2023

Marina Garcia Marmolejo
United States District Judge

RECEIVED BY:
U.S. MARSHAL'S OFFICE
BY: RIOS
DATE: 4·5·2023
TIME: 2:42 pm

1 / 1